```
                   UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF PENNSYLVANIA
```

SEAN KATZ, minor,                  :     CIVIL ACTION
by and through his parent          :
KEVIN KATZ and KEVIN KATZ,         :
in his own right,                  :
                                   :
           Plaintiffs,              :
     v.                            :
                                   :
                                   :
UNITED STATES POSTAL SERVICE       :
and UNITED STATES OF AMERICA,      :
                                   :
           Defendants.             :     No. 02-3739

### STIPULATION AND ORDER OF DISMISSAL AS TO ONE DEFENDANT

The parties in the above-captioned action, by and through their undersigned attorneys, hereby stipulate and agree that defendant United States Postal Service is hereby dismissed with prejudice from this action, and the only remaining defendant

is the United States of America as mandated by the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 et seq.

**FOR PLAINTIFFS:**

_(signature)_
Patrick G. Geckle
Mychak Geckle & Welker, P.C.
230 South Broad Street - 11th Floor
Philadelphia, PA   19102-4190

Attorney for Plaintiffs

**FOR DEFENDANTS:**

PATRICK L. MEEHAN
United States Attorney

_(signature)_
ANNETTA FOSTER GIVHAN
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA   19106-4476
(215) 861-8319

Attorneys for Defendant United States of America

SO APPROVED AND ORDERED BY THE COURT

THIS _____ DAY OF _____, 2002:

_____
**UNITED STATES DISTRICT COURT JUDGE**

2