IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN KATZ, ET AL. | : |
| | : |
| Plaintiffs, | : |
| | : CIVIL ACTION NO. 02-CV-3739 |
| v. | : |
| | : |
| UNITED STATES OF AMERICA | : |
| | : |
| Defendant | : |

### ORDER

**AND NOW**, this 18th day of December 2002, upon consideration of the United States' Motion for the Court Summarily to Compel Discovery (Doc. 7), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED AS MOOT**.

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**