## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN KATZ, ET AL. | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION NO. 02-CV-3739** |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| **Defendant** | : | |

## ORDER

   **AND NOW**, this 18th day of December 2002, upon consideration of the Joint Stipulation to Dismiss Defendant Unites States Postal Service (Doc. 9), **IT IS HEREBY ORDERED and DECREED** that the Stipulation is **GRANTED**.  The Clerk of the Court shall amend the caption to read: Sean Katz, et al. v. United States of America.


                                                        **BY THE COURT:**


                                                        _____
                                                        **Hon. Petrese B. Tucker, U.S.D.J.**