IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEAN KATZ, ET AL.** : | |
| : | |
| **Plaintiffs,** : | |
| : | **CIVIL ACTION NO. 02-CV-3739** |
| v. : | |
| : | |
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Defendant** : | |

## ORDER

**AND NOW**, this 13th day of January 2003, it has been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective May 17, 2002), **IT IS HEREBY ORDERED and DECREED** that the above action is **DISMISSED WITH PREJUDICE**, without costs, and pursuant to agreement of counsel.

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**